UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHANIA RODRIGUEZ,

    Plaintiff,

v.                                                 CASE NO. 8:22-cv-181-SDM-AAS

FIVE BELOW, INC.,

    Defendant.
_____/

### ORDER

In accord with the parties' stipulation (Doc. 17), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on April 8, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE